# Morgan Lewis

**Melissa C. Rodriguez**
212.309.6000
melissa.rodriguez@morganlewis.com

The request is denied. The Court will not adjourn the conference scheduled for February 19, 2026, at 10:00 a.m.

SO ORDERED
February 9, 2026

*JOHN P. CRONAN*
United States District Judge

February 06, 2026

**VIA ECF**

Hon. John P. Cronan
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:**  ***Setra Yappi v. Payward of New York, LLC d/b/a Kraken*, 1:26-cv-00256-JPC**

Your Honor:

We represent Defendant Payward Operations LLC[1] ("Defendant") in connection with the above-referenced matter.

Pursuant to Rule 3.B of Your Honor's Individual Rules and Practices and in light of the Order of Automatic Referral to Mediation (Dkt. No. 13), we write jointly with the consent of Counsel for Plaintiff Setra Yappi ("Plaintiff"), to respectfully request that the court: (1) adjourn the Initial Pretrial conference scheduled for February 19, 2026 at 10:00 am; and (2) stay all other deadlines. The Parties respectfully submit that this adjournment and stay will serve to preserve the Parties' resources that may be better spent preparing for the mediation and on a potential resolution. The Parties further propose to submit a joint status letter within seven days after the mediation, advising the Court as to the result of the mediation and submitting a proposed Case Management Plan should mediation fail.

This is the Parties' first request for an adjournment or stay.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Melissa C. Rodriguez*

Melissa C. Rodriguez
C: All Counsel of Record

---

[1] Plaintiff incorrectly named Payward of New York, LLC d/b/a Kraken as a defendant. The correct employing entity is Payward Operations LLC, which writes herein.

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY  10178-0060          **T** +1.212.309.6000
United States                              **F** +1.212.309.6001