UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                    :

SETRA YAPPI,                    :

          Plaintiff,        :

       -v-              :          26 Civ. 256 (JPC)

                    :

PAYWARD OF NEW YORK, LLC,    :          ORDER

                    :

        Defendant.      :

                    :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On February 9, 2026, the Court received a letter from Plaintiff's counsel, a copy of which is attached to this Order, requesting that the Court adjourn the conference scheduled for February 19, 2026. In light of the attached letter, the Court adjourns the conference scheduled for February 19, 2026 *sine die*. The parties should provide a status update five days after Plaintiff's counsel is admitted to practice in the Southern District of New York or any mediation conference occurs, whichever is sooner.

      SO ORDERED.

Dated: February 11, 2026
      New York, New York

                              JOHN P. CRONAN
                        United States District Judge



Judge John Cronan
CronanNYSDChambers@nysd.uscourts.gov
Via Email

**RE:** *Yappi v. Payward of New York, LLC*, 1:26-cv-00256-JPC- Request for 60-Day Extension

Dear Judge Cronan:

I write as counsel for Plaintiff in the above-captioned matter to respectfully request a 60-day extension of all current deadlines in this case.

I am not yet admitted to practice before the Southern District of New York. I intend to submit my application for admission tomorrow, February 10, 2026. The admission process requires time for processing and approval before I can fully proceed with this matter before the Court.

Accordingly, I respectfully request that all current deadlines be extended by 60 days, including but not limited to: (1) the February 12, 2026 deadline for submission of the joint letter; (2) the February 19, 2026 conference; and (3) any associated case management deadlines.

Defendant has been notified of this request.

I apologize for any inconvenience this may cause to the Court's calendar. I am committed to moving this matter forward expeditiously once admitted to practice in this District.

Thank you for your consideration.

Respectfully submitted,

Megan K. Thomas, Esq.
Megan Thomas Law, PLLC
220 South Warren Street
Syracuse, NY 13202
Tel: (315) 999-1491
Email: megant@mkt-law.com
Counsel for Plaintiff

cc: Dana A. Brady, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
dana.brady@morganlewis.com