# Morgan Lewis

**Melissa C. Rodriguez**
+1.212.309.6394
melissa.rodriguez@morganlewis.com

March 31, 2026

**VIA ECF**

Hon. John P. Cronan
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square, Room 12D
New York, NY 10007

Re:    _**Setra Yappi v. Payward of New York, LLC, d/b/a Kraken**_, No. 1:26-cv-00256

Your Honor:

We represent Defendant Payward of New York, LLC, d/b/a Kraken ("Defendant") in the above-referenced matter.  Pursuant to the Court's order dated February 11, 2026 (Dkt. 17), the Parties jointly write to submit this joint status letter.

Prior to mediation, the Parties exchanged the discovery required by the S.D.N.Y. Mandatory Mediation Program discovery protocols.  On March 24, 2026, the Parties attended mediation before Mediator Anthony Paccione and were unable to resolve the instant matter.  While Plaintiff's Counsel has yet to be admitted into the Southern District of New York, her _pro hac vice_ application was granted by the Court on March 23, 2026. Dkt. 19.

We thank the Court for its attention to this matter.

Respectfully submitted,

_/s/ Melissa C. Rodriguez_

Melissa C. Rodriguez
C: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060        ☎ +1.212.309.6000
United States                  🖷 +1.212.309.6001