UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                       :

SETRA YAPPI,                           :

              Plaintiff,          :

              -v-               :            26 Civ. 256 (JPC)

                                         :

PAYWARD OF NEW YORK, LLC,     :           <u>ORDER</u>

             Defendant.      :

                                         :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

         In relevant part, Federal Rule of Civil Procedure 15(a)(1) provides that if a "pleading is one to which a responsive pleading is required," a "party may amend its pleading once as a matter of course no later than . . . 21 days after service of a responsive pleading." "In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). Here, Defendant filed an Answer to the Complaint on February 2, 2026, and served it on Plaintiff that same day. Dkts. 11-12. Plaintiff's deadline to amend as a matter of course was therefore February 23, 2026, but yesterday, without leave of Court, Plaintiff filed what purports to be an Amended Complaint. *See* Dkt. 27. By May 22, 2026, Defendant shall advise if it opposes the filing of the purported Amended Complaint at Docket Number 27. In the event that Defendant does oppose its filing, no later than May 29, 2026, Plaintiff may file a motion for leave to amend the Complaint. Defendant may oppose such motion by June 12, 2026, and Plaintiff may submit a reply in support of the motion by June 19, 2026.

         SO ORDERED.

Dated: May 20, 2026
       New York, New York                            JOHN P. CRONAN
                                         United States District Judge