UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                          :
SETRA YAPPI,                                              :
                                                          :
                    Plaintiff,                            :
                                                          :
          -v-                                             :          26 Civ. 256 (JPC)
                                                          :
PAYWARD OF NEW YORK, LLC,                                 :          ORDER
                                                          :
                    Defendant.                            :
                                                          :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On May 29, 2026, Plaintiff Setra Yappi attempted to file an Amended Complaint, but her filing was marked as deficient by the Clerk of Court because she did not properly indicate when filing on ECF that she was substituting Defendant "Payward Operations, LLC" for "Payward of New York, LLC." *See* Dkt. 31. By June 18, 2026, Yappi must re-file her Amended Complaint in a manner that corrects the deficiency identified by the Clerk's Office. Also by June 18, 2026, Yappi must file a letter stating whether she has served Payward Operations, LLC, and if so, she must submit proof of such service on the docket by the same date.

          SO ORDERED.

Dated: June 15, 2026
          New York, New York                                    JOHN P. CRONAN
                                                            United States District Judge