UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X
                                              :

SETRA YAPPI,                              :

               Plaintiff,           :

            -v-                   :      26 Civ. 256 (JPC) (OTW)

                                          :

PAYWARD OF NEW YORK, LLC,        :      <u>ORDER OF REFERENCE</u>
                                        :      <u>TO A MAGISTRATE</u>
               Defendant.      :         <u>JUDGE</u>

                                          :
---------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

This action is referred to the Honorable Ona T. Wang for the following purposes:

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:

_____

☐ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☐ Settlement

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:
_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation).
Particular Motion:

_____

SO ORDERED.

Dated: June 18, 2026
     New York, New York        _____
                                      JOHN P. CRONAN
                             United States District Judge