**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

SETRA YAPPI,

               Plaintiff,

     -against-                                 Case No.: 1:26-cv-00256 (JPC)

PAYWARD OPERATIONS, LLC,

               Defendant.

------------------------------------------------------------X

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, upon the annexed Declaration of Megan K. Thomas, Esq., dated July 21, 2026, and upon all prior pleadings and proceedings in this action, Megan Thomas Law, PLLC, attorneys of record for Plaintiff Setra Yappi ("Plaintiff"), will move this Court, before the Honorable John P. Cronan, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be set by the Court, for an Order, pursuant to Rule 1.4 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, granting Megan Thomas Law, PLLC leave to withdraw as counsel of record for Plaintiff in the above-captioned action, and for such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that Plaintiff consents to this withdrawal, as set forth in the annexed Declaration, and Plaintiff is currently in the process of retaining substitute counsel.

Dated:  Syracuse, New York
        July 21, 2026


Respectfully submitted,

MEGAN THOMAS LAW, PLLC

By: */s/ Megan K. Thomas*
Megan K. Thomas, Esq.
220 South Warren Street
Syracuse, NY 13202
Tel: (315) 999-1491
megant@mkt-law.com
*Attorneys for Plaintiff Setra Yappi*


TO:

Lindsay Colvin Stone, Esq.
Sheppard, Mullin, Richter & Hampton LLP

30 Rockefeller Plaza
New York, NY 10112
lstone@sheppard.com
*Attorneys for Defendant Payward Operations, LLC*