**MEGAN THOMAS LAW, PLLC**

July 30, 2026

**VIA ECF**

Hon. Ona T. Wang
Southern District of New York

*Setra Yappy v. Payward of New York, LLC*, Civ. No. 1:26-cv-00256

**Re: Letter-Motion to Withdraw Pending Motion to Withdraw as Counsel**

Dear Magistrate Judge Wang,

We respectfully submit this letter-motion to withdraw the pending Motion to Withdraw as Counsel.

Since filing the motion, Plaintiff and Counsel have successfully reconciled their communications and resolved the issues that gave rise to the motion. Plaintiff has confirmed that they wish for undersigned counsel to continue in the representation in this matter, and undersigned counsel is willing and able to continue that representation. Accordingly, the Motion to Withdraw as Counsel is now moot.

For these reasons, Counsel respectfully requests that the Court permit its withdrawal of the pending motion from the Court's consideration.

Respectfully submitted,

*Megan K. Thomas*

Megan K. Thomas, Esq.
Megan Thomas Law, PLLC
220 South Warren Street
Syracuse, New York 13202
315-999-1491
megant@mkt-law.com

---